| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Khay Yamille Fernandez | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Southern District of Ohio, Eastern Division | | |
| Case Number: | 2:13-bk-50380 | | |

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $5,013.25 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center St<br>Snoqualmie, WA 98065<br>(425) 836-5728<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> Southern District of Ohio, Eastern Division
> 303 Marconi Boulevard
> Suite 200
> Columbus, OH 43215

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 3, 2021

_____
Signature of Applicant
Brian J. Dilks – Member
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

**6. Notarization**
STATE OF WASHINGTON

COUNTY OF KING

This Application for Unclaimed Funds, dated June 3, 2021 was subscribed and sworn to before me this 3rd day of June, 20 21 by Brian J. Dilks who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public: _____
Andrew T. Drake

My commission expires: September 9, 2023

**6. Notarization**
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires:

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application for Payment of Unclaimed Funds and its supporting documentation was served on the following by first class mail on the 3 day of June, 2021.

Debtor:
Khay Yamille Fernandez
1730 Pheasant Run West
Columbus, OH 43228

Debtors Attorney
Lasheyl Stroud
341 S Third St Suite 10
Columbus, OH 43215

Case Trustee
Amy L Bostic
1160 Dublin Road Suite 400
Columbus, OH 43215

United States Attorney
303 Marconi Boulevard
Suite 200
Columbus, OH 43215

Unites States Trustee
170 N. High Street, Suite 200
Columbus, OH 43215

Brian J. Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

**Explanation of Supporting Documentation
for
Application for Payment of Unclaimed Funds**

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the debtor, Khay Yamille Fernandez.

Khay Yamille Fernandez has assigned her unclaimed funds to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement.

Date: June 3, 2021

Brian J. Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office

IN RE:

Khay Yamille Fernandez

            Debtor(s)        /

Case No. 2:13-bk-50380
Judge: Jeffery P. Hopkins
Chapter: 7

## NOTICE OF MOTION

Dilks & Knopik, LLC has filed an Application for Payment of Unclaimed Funds with the court. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the application, then on or before twentyone (21) days from the date set forth in the certificate of service for the application, you must file with the court a response explaining your position by mailing your response by first class mail to:

170 North High Street
Columbus, OH 43215

OR your attorney must file a response using the court's ECF System.

The court must receive your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) first class mail to:

US Attorney
303 Marconi Boulevard
Suite 200
Columbus, OH 43215

US Trustee
170 N. High Street, Suite 200
Columbus, OH 43215

Khay Yamille Fernandez
Debtor
1730 Pheasant Run West
Columbus, OH 43228

Lasheyl Stroud
Debtors Attorney
341 S Third St Suite 10
Columbus, OH 43215

Amy L Bostic
Trustee
1160 Dublin Road Suite 400
Columbus, OH 43215

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

US Bankruptcy Court
170 North High Street
Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief without further hearing or notice.